UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NATALEE WINTERS,<br>    Plaintiff,<br><br>-v-<br><br>SPEEDWAY SUPERAMERICA, LLC and<br>SPEEDWAY, LLC,<br>    Defendants. | No. 1:12-cv-17<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Because this Court lacks subject-matter jurisdiction, and having remanded the matter to the Circuit Court of Kalamazoo County, Michigan, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   January 11, 2012                                            /s/ Paul L. Maloney
                                                                                     Paul L. Maloney
                                                                                     Chief United States District Judge